IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALICE DEBOSE,

    Plaintiff,

v.	CASE NO. 1:05-cv-00167-MP-AK

STATE OF FLORIDA, DEPARTMENT
OF CHILDREN AND FAMILIES, and
CHARLES E. LITTLE,

    Defendants.

_____/

**O R D E R**

    This matter is before the Court on a telephonic hearing held on Wednesday, November 28, 2007. At the hearing, Defendants stated that they have been unable to meet with the Plaintiff for the pre-trial attorney's conference because Plaintiff indicated that she was still attempting to retain counsel. Plaintiff responded that all efforts to hire an attorney have been unsuccessful, and that she will proceed *pro se* in this case. Because Plaintiff will be representing herself, the Defendants agreed to take the lead in this case in arranging and initiating the Pre-Trial Conference, which both parties agreed could occur telephonically. Therefore, the attorney's conference shall be held, and the Defendants shall file the pre-trial stipulation, on or before Tuesday, January 8, 2008. The Court will set a pre-trial conference by separate notice.

    **DONE AND ORDERED** this _29th_ day of November, 2007

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge