IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALICE DEBOSE,

    Plaintiff,

v.                                               CASE NO. 1:05-cv-00167-MP-AK

STATE OF FLORIDA DEPARTMENT
OF CHILDREN AND FAMILIES et al.,

    Defendants.

_____/

# **O R D E R**

This matter is before the Court on Doc. 73, Motion For Summary Judgment filed by Defendants State of Florida Department of Children and Families and Charles Little. Plaintiff Debose has not yet filed a response, and this order advises Plaintiff of her burden in doing so.

Summary judgment should be granted "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." Fed.R.Civ.P. 56(c). The rule does not require the party seeking summary judgment to submit evidence *negating* the opposing party's claim, but instead to demonstrate ("*with or without supporting affidavits*") that the Rule 56(c) standard is satisfied. Celotex Corporation v. Catrett, 477 U.S. 317, 323, 106 S.Ct. 2548, 2554, 91 L.Ed.2d 265 (1986) (quoting, with added emphasis, subsections (a) and (b) of Rule 56). Rule 56(e) permits opposition to summary judgment by any of

the evidentiary materials listed in Rule 56(c) *except* the mere pleadings themselves. 106 S.Ct. 2553. Affidavits offered in support of or opposition to summary judgment must be based on personal knowledge, set forth facts as would be admissible as evidence, and demonstrate that the affiant is competent to testify to the matters asserted. Fed.R.Civ.P. 56(e).

As required by Rule 56.1(A), Rules for the Northern District of Florida, the Defendants have submitted a statement of material facts as to which it is contended there is no genuine issue of fact. Doc. 73. In opposing summary judgment Plaintiff shall (in addition to submitting other materials permitted by the Federal Rules, discussed above) submit a separate statement of facts as to which she contends that there *is* a genuine issue of fact. Rule 56.1(A). The statement must reference the "source of the relied upon material fact, by page, paragraph, number, or other detail sufficient to permit the court to readily locate and check the source." *Id*. Facts set forth in the Defendants' statement will be deemed admitted unless controverted by the Plaintiff's statement. *Id*.

The Court will take the motion for summary judgment under advisement on Monday, July 7, 2008, and will enter an order on or after that date. Plaintiff must file all argument and evidence in opposition to summary judgment, or seek additional time to do so, before that date. In order to allow Plaintiff an opportunity to oppose the motion for summary judgment, the non-jury trial set for June 24, 2008, is continued to Tuesday, September 23, 2008.

Accordingly, it is hereby:

**ORDERED AND ADJUDGED:**

1. The non-jury trial originally scheduled for June 24, 2008, is continued to Tuesday, September 23, 2008.

2. Defendants' motion for summary judgment, Doc. 73, will be taken under advisement on Monday, July 7, 2008. An order will be entered on or after that date, and any additional material in support of or opposition to summary judgment must be filed before that date.

**DONE AND ORDERED** this   *19th* day of June, 2008

       *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge