IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALICE DEBOSE,

    Plaintiff,

v.   CASE NO. 1:05-cv-00167-MP-AK

STATE OF FLORIDA DEPARTMENT
OF CHILDREN AND FAMILIES et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 80, Motion for Extension of Time, filed by Plaintiff Debose. In her motion, Ms. Debose requests an extension of the deadline for filing her response to the Defendants' Motion for Summary Judgment. Defendants have filed a response in opposition to the Plaintiff's motion, stating that Plaintiff has cited no support for her request for additional time. Doc. 81. Because of the *pro se* nature of this case, the Court finds that additional time will allow Ms. Debose to file a meaningful response to the motion for summary judgment. Therefore, the request is granted, the deadline is extended, and any additional material in support of or opposition to summary judgment must be filed on or before Monday, July 21, 2008.

    **DONE AND ORDERED** this   *1st* day of July, 2008

                  *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge